ISAAC HYMAN, Respondent, v. IDA H. PALTROWITZ, Appellant.— Order unanimously modified so as to remove parcel "2" from the receivership with leave to apply to extend the receivership to that parcel when the corporation is made a party defendant and, as so modified, affirmed, with $20 costs and disbursements to appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between CARL GOLDBERG, INC., Appellant, and NORTHFIELD MILLS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

In the Matter of WALTER A. CAVANAGH, JR., et al., Appellants, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and JOSEPH LOVETT, on Behalf of Himself and All Others Similarly Situated, Intervener, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [201 Misc. 899.] [See post, p. 862.]

EDNA GLOTZER, Respondent, v. SAUL GLOTZER, Appellant.— Order unanimously modified by reducing the counsel fee to $350 and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of WASMIL REALTY CORP., Appellant, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

PHIL BIRNBAUM, INC., Appellant, v. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by WILLIAM W. ASTOR, Respondent. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by WILLIAM W. ASTOR, Landlord, v. NUE PARK CLOTHES, LTD., et al., Tenants; PHIL BIRNBAUM, INC., Assignee, and "JOHN DOE" et al., Undertenants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of EDITH A. CARTER et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.